Dismissed and Memorandum Opinion filed April 7, 2005









Dismissed and Memorandum Opinion filed April 7, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00076-CV

____________

 

SAN MIGUEL
CIVIC ASSOCIATION, INC., Appellant

 

V.

 

SAMUEL
BAMTEFA, Appellee

 



 

On Appeal from the
268th District Court

Fort Bend County,
Texas

Trial Court Cause
No. 04-CV-133980

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a summary judgment signed October 8,
2004.  On March 31, 2005, appellant filed
a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed April 7, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Frost.